IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEEDS OF PEACE COLLECTIVE and THREE RIVERS CLIMATE CONVERGENCE, | ) CIVIL DIVISION ) ) No: 09-01275 |
| Plaintiffs, | ) ) |
| vs. | ) CHIEF UNITED STATES DISTRICT ) JUDGE GARY L. LANCASTER ) |
| CITY OF PITTSBURGH; LUKE RAVENSTAHL, Mayor City of Pittsburgh; MICHAEL HUSS, Director of Public Safety, City of Pittsburgh; NATHAN HARPER, Chief, Pittsburgh Bureau of Police; WILLIAM E. BOCHTER, Assistant Chief, Pittsburgh Bureau of Police; MICHAEL T. RADLEY, Assistant Director, Pittsburgh City Parks; OFFICER SELLERS (Badge No: 3602); OFFICER ERIC KURVACH (Badge No. 3480) OFFICERS DOE 1-100, | ) ) ) *(Electronically Filed)* ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 17th day of September, 2010, upon consideration of the Joint Motion to Continue the Discovery Period, IT IS HEREBY ORDERED that the same is GRANTED and fact discovery shall end December 17, 2010.

IT IS FURTHER ORDERED that the Post-Discovery Status Conference will now be held on Friday, January 7, 2011 at 1:30 p.m..

BY THE COURT:

s/Gary L. Lancaster
_____
Chief U.S. District Judge Gary Lancaster