# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEEDS OF PEACE COLLECTIVE and THREE RIVERS CLIMATE CONVERGENCE, | ) CIVIL DIVISION ) ) No: 09-1275 ) |
| Plaintiffs, | ) ) ) Chief United States District Judge Gary L. |
| vs. | ) Lancaster ) |
| CITY OF PITTSBURGH; LUKE RAVENSTAHL, Mayor City of Pittsburgh; MICHAEL HUSS, Director of Public Safety, City of Pittsburgh; NATHAN HARPER, Chief, Pittsburgh Bureau of Police; WILLIAM E. BOCHTER, Assistant Chief, Pittsburgh Bureau of Police; MICHAEL T. RADLEY, Assistant Director, Pittsburgh City Parks; OFFICER SELLERS (Badge No: 3602); OFFICER ERIC KURVACH (Badge No. 3480) OFFICERS DOE 1-100, | ) ) ) ) **ELECTRONICALLY FILED** ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION TO WITHDRAW
## MOTION TO COMPEL PRODUCTION OF DISCOVERY FILED BY PLAINTIFFS

AND NOW, come the parties, collectively by and through their counsel and move the Court to dismiss the pending Motion to Compel Production of Discovery, averring in support thereof as follows:

1. On October 7, 2010, Defendants served their answers and documents to Plaintiffs' First Set of Interrogatories and Request for Production of Documents.

2. Accordingly, the pending Motion to Compel Production of Discovery (Doc. No. 55) is now moot.

3. The parties therefore stipulate to the dismissal of said motion.

WHEREFORE, the parties jointly move the Court to withdraw the pending Motion to Compel Production of Discovery.

Respectfully submitted,

| | |
|---|---|
| *s/ Witold J. Walczak* | *s/ Paul D. Krepps* |
| Witold J. Walczak, Esquire | Paul D. Krepps, Esquire |
| PA ID #62976 | PA ID #73038 |
| Sara Rose, Esquire | Alan E. Johnson, Esquire |
| PA ID #204936 | PA ID #89690 |
| **ACLF of PA** | Teresa O. Sirianni, Esquire |
| 313 Atwood Street | PA ID #90472 |
| Pittsburgh, PA 15213 | Rebecca L. Magyar, Esquire |
| 412 681-7864 | **Marshall, Dennehey, Warner,** |
| vwalczak@aclupgh.org | **Coleman & Goggin** |
| srose@aclupgh.org | US Steel Tower, Suite 2900 |
| **Counsel for Plaintiffs, Seeds of Peace Collective, Three Rivers Climate Convergence** | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| | 412 803-1140 |
| | pdkrepps@mdwcg.com |
| Michael J. Healey, Esquire | aejohnson@mdwcg.com |
| PA ID #27283 | tosirianni@mdwcg.com |
| Glen S. Downey, Esquire | rlmagyar@mdwcg.com |
| PA ID #209461 | **Counsel for Ofc. Sellers, Ofc. Eric Kurvach, Luke Ravenstahl, Michael Huss, Nathan Harper, William E. Bochter, Michael T. Radley, City of Pittsburgh** |
| **Healey & Hornack** | |
| The Pennsylvanian, Suite C-2 | |
| 1100 Liberty Avenue | |
| Pittsburgh, PA 15222 | |
| 412 391-7711 | |
| mike@unionlawyers.net | |
| glen@unionlawyers.net | |
| **Counsel for Plaintiffs, Seeds of Peace Collective, Three Rivers Climate Convergence** | |

**SO ORDERED, this 12th day of October, 2010.**

_____, C.J.

2