IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SEEDS OF PEACE COLLECTIVE )
and THREE RIVERS CLIMATE )
CONVERGENCE, )
 )
       Plaintiffs, )
  v. )
 )
CITY OF PITTSBURGH; LUKE )
RAVENSTAHL, Mayor, City of )
Pittsburgh; MICHAEL HUSS, )
Director of Public Safety, )
City of Pittsburgh; NATHAN )  Civil Action No. 09-1275
HARPER, Chief, Pittsburgh )
Bureau of Police; WILLIAM E. )
BOCHTER, Assistant Chief, )
Pittsburgh Bureau of Police; )
MICHAEL T. RADLEY, Assistant )
Director, Pittsburgh City )
Parks; OFFICER SELLERS )
(Badge No. 3602); OFFICER )
ERIC KURVACH (Badge No. 3480) )
OFFICERS DOE 1-100, )
 )
       Defendants. )

ORDER

Gary L. Lancaster,
Chief Judge.                                                December 21, 2010

AND NOW, this 21st day of December, 2010, upon consideration of defendants' motion to consolidate discovery of the instant matter with three cases filed at Civil Action Nos. 10-1103, 10-1246, and 10-1516 [Doc. No. 61], we find that any benefit derived from the consolidation of discovery is outweighed by the potential prejudice to plaintiffs because the

instant matter is of a different procedural posture, specifically with regard to discovery. Furthermore, we find that the instant matter does not share common questions of fact or law with the other cases. Accordingly, IT IS HEREBY ORDERED that the motion is DENIED.[1]

BY THE COURT:

_____ C.J.

cc: All Counsel of Record

---

[1] We express no opinion as to whether discovery should be consolidated in the other cases.