IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEEDS OF PEACE COLLECTIVE and THREE RIVERS CLIMATE CONVERGENCE, | ) CIVIL DIVISION )<br>)<br>) No: 09-1275 ) |
| Plaintiffs, | ) U.S. Chief District Judge Gary L. Lancaster ) |
| v. | )<br>) |
| CITY OF PITTSBURGH; LUKE RAVENSTAHL, Mayor City of Pittsburgh; MICHAEL HUSS, Director of Public Safety, City of Pittsburgh; NATHAN HARPER, Chief, Pittsburgh Bureau of Police; WILLIAM E. BOCHTER, Assistant Chief, Pittsburgh Bureau of Police; MICHAEL T. RADLEY, Assistant Director, Pittsburgh City Parks; OFFICER SELLERS (Badge No. 3602); OFFICER ERIC KURVACH (Badge No. 3480); OFFICERS DOE 1-100, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

AND NOW, THIS 3rd DAY OF Aug 12, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs, by their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 15(a) and (c) for leave to file a Second Amended Complaint, attached hereto as Exhibit 1, and as grounds therefor aver as follows:

1. Plaintiffs seek leave to file a Second Amended Complaint to add four additional Defendants: Pittsburgh Bureau of Police Deputy Chief Paul Donaldson, Commander George Trosky, Lieutenant Clarence Trapp, and Commander Timothy O'Connor.

2. These changes to the Amended Complaint are based on information learned during discovery in this case.