IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEEDS OF PEACE COLLECTIVE and THREE RIVERS CLIMATE CONVERGENCE, | ) CIVIL DIVISION ) ) No: 09-1275 ) |
| Plaintiffs, | ) ) ) Chief U.S. District Judge Gary L. Lancaster |
| vs. | ) ) |
| CITY OF PITTSBURGH; LUKE RAVENSTAHL, Mayor City of Pittsburgh; MICHAEL HUSS, Director of Public Safety, City of Pittsburgh; NATHAN HARPER, Chief, Pittsburgh Bureau of Police; WILLIAM E. BOCHTER, Assistant Chief, Pittsburgh Bureau of Police; MICHAEL T. RADLEY, Assistant Director, Pittsburgh City Parks; OFFICER SELLERS (Badge No: 3602); OFFICER ERIC KURVACH (Badge No. 3480) OFFICERS DOE 1-100, | ) ELECTRONICALLY FILED ) ) ) AND NOW, THIS 3rd DAY OF ) Aug 12, IT IS HEREBY ) ORDERED THAT THE WITHIN ) MOTION IS DENIED as moot ) ) ) ) GARY L. LANCASTER, ) UNITED STATES DISTRICT JUDGE |
| Defendants. | ) |

MOTION TO SET A BRIEFING SCHEDULE TO RESPOND TO
PLAINTIFFS' MOTION TO AMEND/CORRECT THE COMPLAINT AND TO STAY
THE CURRENT BRIEFING SCHEDULE FOR FILNG OF DEPOSITIVE MOTIONS

AND NOW, come Defendants, OFFICER SELLERS and OFFICER ERIC KURVACH and the CITY OF PITTSBURGH, by and through its undersigned counsel, MARSHALL, DENNEHEY WARNER, COLEMAN & GOGGIN, P.C. and the CITY OF PITTSBURGH DEPARTMENT OF LAW, and in response to Plaintiffs' Motion to amend/correct the Amended Complaint files the within Motion, averring in support thereof as follows:

1. The Court convened a Post Discovery Status Conference relative to the above matter on June 22, 2012.

2. A number of issues were discussed with the Court, including setting a deadline for the filing of dispositive motions. The Court entered a Final Scheduling Order (Document 79).