IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEEDS OF PEACE COLLECTIVE and THREE RIVERS CLIMATE CONVERGENCE, | ) CIVIL DIVISION ) ) No: 09-1275 |
| Plaintiffs, | ) ) ) Chief U.S. District Judge Gary L. Lancaster |
| vs. | ) ) |
| CITY OF PITTSBURGH; LUKE RAVENSTAHL, Mayor City of Pittsburgh; MICHAEL HUSS, Director of Public Safety, City of Pittsburgh; NATHAN HARPER, Chief, Pittsburgh Bureau of Police; WILLIAM E. BOCHTER, Assistant Chief, Pittsburgh Bureau of Police; MICHAEL T. RADLEY, Assistant Director, Pittsburgh City Parks; OFFICER SELLERS (Badge No: 3602); OFFICER ERIC KURVACH (Badge No. 3480) OFFICERS DOE 1-100, | ) **ELECTRONICALLY FILED** |
| Defendants. | ) |

**ORDER OF COURT**

AND NOW, this __12__ day of __Oct__, 2012, upon consideration of the Stipulation of Dismissal entered by all parties, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed in its entirety, with prejudice.

BY THE COURT:

_____
Chief U.S. District Judge Gary L. Lancaster

12/1658318.v1